# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 SEP 11  PM 4: 06

UNITED STATES OF AMERICA,

                          Plaintiff,

              vs.

ALDENE BARRINGTON BROWN,

                          Defendant.

CASE NO. 12-cr-02950-MMA
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ w _____ DEPUTY

## JUDGMENT OF DISMISSAL

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)(1)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/11/12

_____
William V. Gallo
U.S. Magistrate Judge